FILED
September 23, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: J. Barker
DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

UNITED STATES OF AMERICA

Plaintiff

v

[redacted]
(2) ALEX WAYNE POLLARD

Defendants

INDICTMENT **7:26-cr-131**

COUNT 1: 21 U.S.C. § 841(a)(1) - Controlled Substances – Conspiracy to Possess with Intent to Distribute

COUNT 1: 21 U.S.C. § 841(a)(1) - Controlled Substances –Possession with Intent to Distribute

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846]**

Beginning on or about June 1, 2026 and continuing until on or about June 15, 2026, in the Western District of Texas, Defendants,

[redacted]
**(2) ALEX WAYNE POLLARD,**

did combine, conspire, confederate and agree together, with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "Fentanyl," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

**COUNT TWO**
**[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)]**

On or about June 15, 2026, in the Western District of Texas, Defendants,

[redacted]

**(2) ALEX WAYNE POLLARD,**

unlawfully, knowingly, and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "Fentanyl," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

Original Signed by the
Foreperson of the Grand Jury

JUSTIN R. SIMMONS
United States Attorney

By: ______________________________
Heather Haywood
Assistant United States Attorney